714

■ In the Matter of W. Cecil Johnston, as Superintendent of Dannemora State Hospital. Joseph Flanagan.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ The People of the State of New York, Respondent, v. Harold Price, Appellant.— 

 Motion for assignment of counsel granted and James H. Doran, Esq., counselor at law, Lepore Motel, Columbia Turnpike, Rensselaer, New York, is assigned as counsel for appellant. Motion in all other respects denied.

■ (A) The People of the State of New York, Respondent, v. James J. Long, Jr., Appellant. (B) The People of the State of New York, Respondent, v. George W. Kahler, Jr., Appellant.— [In each action] Time to perfect appeal extended to the January 1962 Term of this court.

■ In the Matter of the Claim of Olga Sindone, Appellant, v. La Sala Bros., Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to extend time to file and serve record, brief and note of issue granted and time extended to December 1, 1961 and case to be placed on the January 1962 Term of this court for argument.

■ Thomas Chimeri, Respondent, v. Paddock Pool Builders, Inc., Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time to file and serve record, brief and note of issue is extended to October 13, 1961 and case to be placed on the calendar for the term to commence November 13, 1961, for argument.

■ The People of the State of New York ex rel. Joseph J. Lovett, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.— Time to perfect appeal extended to October 13, 1961.

■ In the Matter of the Claim of Marie Connolly, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to extend time to file and serve record, brief and note of issue to October 13, 1961 and be ready for argument at the term to commence November 13, 1961 granted, and the order, entered on June 8, 1961, is modified accordingly.

■ In the Matter of the Claim of Sara Helfield, Appellant, v. Trylon Coat & Suit Co. et al., Respondents. Workmen's Compensation Board, Respondent.— Time to perfect appeal extended to October 13, 1961.

■ In the Matter of the Claim of Benjamin Brock, Respondent, v. Eagle Shows, Inc., et al., Appellants, and Circle Circuit, Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice to its renewal upon the argument, when the legal questions suggested by the affidavits now before us should be adequately briefed.

■ In the Matter of Clemente Bros. Inc., Appellant. Salvatore F. Clemente, Respondent, Maria Clemente et al., Appellants.— Motion for reargument or permission to appeal to the Court of Appeals denied, without costs.

■ H. B. A. Realty Co. Inc., Appellant, v. Wendell H. Miller, Respondent.— Motion for reargument denied, without costs.

■ In the Matter of Gusdore Corporation, Appellant, v. James C. Allen et al., Constituting the Board of Assessors of the Town of Fallsburgh, Respondents.— Motion for reargument or permission to appeal to the Court of Appeals denied, without costs.